RECEIVED
FEB 0 6 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

AO 243   (Rev. 2/95)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District OF ALASKA ANCHORAGE | |
|---|---|---|
| Name of Movant MONICA MARTINEZ | Prisoner No. | Case No. A 04-079 CR -06 RRB |
| Place of Confinement FIVE YEARS PROBATION | | |

| UNITED STATES OF AMERICA | V. | MONICA MARTINEZ |
|---|---|---|
| | | (name under which convicted) |

## MOTION

1.  Name and location of court which entered the judgment of conviction under attack  UNITED STATES DISTRICT
COURT DISTRICT OF ALASKA ANCHORAGE DIVISION

2.  Date of judgment of conviction  JULY 6, 2005

3.  Length of sentence  FIVE YEARS PROBATION

4.  Nature of offense involved (all counts)  MONEY LAUNDERING.

5.  What was your plea?  (Check one)
    (a) Not guilty  ☐
    (b) Guilty  ☑
    (c) Nolo contendere  ☐

    If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
    I MONICA MARTINEZ REGRETFULLY SIGNED A PLEA DEAL VIA FAX MACHINE
    AND SUBMITTED THE PLEA VIA U.S. MAIL TO MY LAWYER. REGARDING
    MONEY LAUNDERING.

6.  If you pleaded not guilty, what kind of trial did you have?  (Check one)
    (a) Jury  ☐
    (b) Judge only  ☐    N/A

7.  Did you testify at the trial?
    Yes  ☐    No  ☐    N/A

8.  Did you appeal from the judgment of conviction?
    Yes  ☐    No  ☐    N/A

AO 240 (Rev. 2/95)

9. If you did appeal, answer the following:

(a) Name of court _____N/A_____

(b) Result _____

(c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

Yes ☐    No ☑

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court _____

(2) Nature of proceeding _____

(3) Grounds raised _____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☐    No ☑

(5) Result _____

(6) Date of result _____

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Name of proceeding _____

_____

(3) Grounds raised _____

_____

_____

_____

_____

(3)

AO 243    (Rev. 2/95)

(4)  Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☐    No ☑

(5)  Result _____

(6)  Date of result _____

(c)  Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

(1)  First petition, etc.    Yes ☐    No ☑

(2)  Second petition, etc.    Yes ☐    No ☑

(d)  If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12.  State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States.  Summarize briefly the facts supporting each ground.  If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings.  Each statement preceded by a letter constitutes a separate ground for possible relief.  You may raise any grounds which you have other than those listed.  However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds.  If you select one or more of these grounds for relief, you must allege facts.  The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a)  Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b)  Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: DENIAL OF EFFECTIVE ASSISTANCE OF COUNSEL.

Supporting FACTS (state *briefly* without citing cases or law): MR. DEWEY WAS MY DEFENSE LAWYER, MR. DEWEY DID NOT GIVE EFFECTIVE ASSISTANCE OF COUNSEL ON MY BEHALF BECAUSE HE DID NOT ALERT THE COURT OF SIGNIFICANT FACTS, AND HE LEFT OUT VITAL EVIDENCE THE COURT NEEDED TO HEAR.

B. Ground two: CONVICTION OBTAINED BY USE OF COERCED CONFESSION.

Supporting FACTS (state *briefly* without citing cases or law): I WAS UNDER A SEVERE MEDICAL CONDITION WHEN I WAS INDICTED, MY LAWYER WAS ALERTED OF MY CONDITION BUT WITHHELD THIS INFORMATION FROM THE COURT. DURING MY LONG DISTANCE CONTACT WITH MY LAWYER WHICH I HAD ONLY SEEN IN PERSON TWICE, HE CONTINUOUSLY told me that must sign the plea agreement and return it to him asap; even if I don't agree with the plea, and just move on with my life, he never once mentioned my medical situation or what my life was put through.

C. Ground three: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

AO 243   (Rev. 2/95)

D.   Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

_____

13.   If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

_____

_____

_____

_____

14.   Do you have any petition or appeal now pending in any court as to the judgment under attack?
       Yes  ☐      No  ☑

15.   Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

       (a)  At preliminary hearing   WILLIAM F. DEWEY   (907) 276-3299
              1101 W 7th AVE   ANCHORAGE, AK   99501

       (b)  At arraignment and plea   WILLIAM F. DEWEY (907)-276-3299
              1101 W 7th AVE   ANCHORAGE, AK   99501

       (c)  At trial   N/A

       (d)  At sentencing   WILLIAM F. DEWEY   (907) 276-3299
              1101 W. 7th AVE ANCHORAGE, AK.   99501

(e)  On appeal _____

_____

(f)  In any post-conviction proceeding _____

_____

(g)  On appeal from any adverse ruling in a post-conviction proceeding _____

_____

16.  Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes  ☐    No  ☑

17.  Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes  ☐    No  ☑

(a)  If so, give name and location of court which imposed sentence to be served in the future: _____

_____

_____

(b)  Give date and length of the above sentence: _____

_____

(c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes  ☐    No  ☑

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_02/06/2006_____
          Date

                              _Monica M_____
                                        Signature of Movant