USDCA 40 (1/89)


RECEIVED
FEB 0 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

United States District Court,
         Plaintiff,

vs.

Monica Martinez,
         Defendant

APPLICATION FOR APPOINTMENT OF COUNSEL

Case No. A04-079-CR-06 (RRB)

1. Name of applicant (print neatly): Monica Martinez

   Address: P.O. Box 200186
   Anchorage, AK. 99520

   Phone Number: (907) 301-4451

2. Explain what your cause of action is against the opposing party.
   (Use additional paper if necessary.)
   Need to have judge reopen my case because there was a denial of effective assistance of counsel in my case.

3. Explain why you feel you need a lawyer in this case.
   (Use additional paper if necessary.)
   I am unable to represent myself due to the fact that I don't have the skills or education to do so.

4. Explain what steps you have taken to find an attorney and with what results.
   (Use additional paper if necessary.) Spoke to several different lawyers and they all state to file a 2255 to vacate application that the court has and at that time request for a court appointed attorney.

5. If you need a lawyer who speaks a language other than English, please specify.
   N/A

Continued to next page

Please read the following carefully:

I declare under the penalties of perjury that my answers to the foregoing questions are true and correct to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns either from me or elsewhere that I can afford a lawyer, the lawyer may give this information to the Court.

I understand that if my answers on my Financial Affidavit are false, my case can be dismissed.

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved as provided in the Rules Governing Procedures for Appointment of Attorneys in Pro Se Civil Actions in the U.S. District Court. I understand that if the attorney appointed to my case should wish to be relieved of the appointment at any time, his or her Application for Relief will be a privileged Court document and will not be used in the litigation of this case.

I understand that making the application does not excuse me in a Social Security case, and that it is still my responsibility to have the defendants served with a summons and complaint, if I have not already done so.

I understand that if the Court appoints counsel to represent me in a Social Security Case, and I am successful, the assigned attorney has the statutory right to request that the Court award a fee of up to 25% of accrued Social Security or Supplemental Security Income benefits.

_Feb 6, 2006_
Date

_Monica M[signature]_
Signature

Application for Appointment of Counsel