LAW OFFICES OF MARK A. ROSENBAUM
4940 Byrd Lane, Suite 100
Anchorage, Alaska  99502
(907) 243-2400

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:04-CR-0079-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | ENTRY OF APPEARANCE |
| vs. | ) | |
| | ) | |
| MONICA J. MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Law Offices of Mark A. Rosenbaum, by and through Mark A. Rosenbaum, Attorney-at-Law, and hereby gives notice of his general appearance on behalf of Defendant Moica J. Martinez in the above-captioned action for the limited purpose of representing her in connection with a

motion filed pursuant to 28 U.S.C. § 2255.  All further pleadings and

correspondence, etc., should be sent to counsel at the following address.

        LAW OFFICES OF MARK A. ROSENBAUM
        4940 Byrd Lane, Suite 100
        Anchorage, Alaska  99502
        (907) 243-2400
        Fax: (907) 243-2609
        Email: mark.rosenbaum.law@gci.net

DATED: _____        Respectfully submitted,

        LAW OFFICES OF MARK A. ROSENBAUM
        Attorneys for Defendant

        By:  s/ Mark A. Rosenbaum
             MARK A. ROSENBAUM
             4940 Byrd Lane, Suite 100
             Anchorage, Alaska  99502
             Voice: (907) 243-2400
             Fax: (907) 243-2609
             E-mail: mark.rosenbaum.law@gci.net
             Alaska Bar No. 8906033

I declare under penalty of perjury
that a true and correct copy of the
foregoing **ENTRY OF APPEARANCE**
will be served upon

KEVIN FELDIS
Assistant U.S. Attorney
222 W. 7th Ave., Rm. C-253
Anchorage, Alaska 99513

on May 21, 2006, by one or more of the following means:

    ( ) U.S. Mail
    ( ) U.S. Mail Certified
    ( ) FAX
    ( ) Hand Delivery
    ( ) Hand Delivery to FPD Pickup Box
    ( ) Hand Delivery to USAO
    ( ) Private Messenger Service
    (X) Email via CM/ECF

Executed at Anchorage, Alaska, on
May 21, 2006.

s/ Mark A. Rosenbaum