UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  vs.<br><br>MONICA J. MARTINEZ,<br><br>        Defendant. | 3-04-cr-00079-06-RRB-JDR<br><br>**ORDER<br>AND  NOTICE  OF  HEARING** |

The Government requests the court to dismiss defendant's Amended § 2255 Motion (Docket No. 461) without an evidentiary hearing.  The motion filed at Docket No. 461 asserts two grounds for relief, namely: (1) her plea of guilty was involuntary, and (2) trial counsel rendered ineffective assistance of counsel by failing to investigate and assess adequately her mental condition relative to her plea of guilty.  Petitioner's allegations are sufficient to warrant an evidentiary hearing and comport with Rule 2(b) of the Rules Governing Section 2255 Motions for the United States District Courts.

WHEREFORE, IT IS ORDERED:

1. Petitioner shall file her memorandum of points and authorities in support of her amended § 2255 Motion on or before September 8, 2006. The memorandum shall state the basic facts relied upon and intended to be presented by the petitioner at the evidentiary hearing to support her amended petition.

2. An evidentiary hearing on the § 2255 motion is set for **October 18, 2006 at 9:30 a.m., Courtroom 6**.

3. Counsel for defendant is directed to file the necessary transportation request order to allow transportation of defendant in a timely manner by the U.S. Marshal Service for an evidentiary hearing before U.S. Magistrate Judge John D. Roberts

4. Further briefing may be requested after the evidentiary hearing as determined by the court.

DATED this 24th day of August, 2006, at Anchorage, Alaska.

/s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge