LAW OFFICES OF MARK A. ROSENBAUM
4940 Byrd Lane, Suite 100
Anchorage, Alaska  99502
(907) 243-2400

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:04-CR-079-RRB |
| | ) | |
| Plaintiff, | ) | UNOPPOSED MOTION ON |
| | ) | SHORTENED TIME FOR |
| vs. | ) | ENLARGEMENT OF TIME TO |
| | ) | FILE MEMORANDUM IN |
| MONICA J. MARINEZ, et al., | ) | SUPPORT OF AMENDED |
| | ) | PETITION AND CONTINUE |
| Defendants. | ) | EVIDENTIARY HEARING |
| | ) | |

COMES NOW Petitioner Monica J. Martinez, by and through the Law Offices of Mark A. Rosenbaum, and hereby makes her unopposed motion for an enlargement of time to file a Memorandum of Points and Authorities in support of the Amended Petition under 28 U.S.C. § 2255 in the above-captioned action, from September 8, 2006, to and including November 7, 2006, and to continue the

evidentiary hearing currently scheduled for October 18, 2006, to any time mutually convenient to the Court and counsel after the memorandum is filed.

This motion is unopposed by counsel for the government, and is made on the ground that Ms. Martinez' medical records have only been recently received from her health care providers, some of which are in the State of Nevada. These records are likely to contain highly relevant information as to her mental state during her change of plea proceedings, but must first be evaluated by a health care professional qualified to interpret them for petitioner's counsel.

Accordingly, counsel for the parties have conferred and for the reasons set forth above, have agreed to the schedule of events requested by this motion.

DATED: 10 October 2006       Respectfully submitted,

                      LAW OFFICES OF MARK A. ROSENBAUM
                      Attorneys for Defendant

                By:   s/ Mark A. Rosenbaum
                      MARK A. ROSENBAUM
                      4940 Byrd Lane, Suite 100
                      Anchorage, Alaska  99502
                      Voice: (907) 243-2400
                      Fax: (907) 243-2609
                      E-mail: mark.rosenbaum.law@gci.net
                      Alaska Bar No. 8906033

I declare under penalty of perjury
that a true and correct copy of the
foregoing UNOPPOSED MOTION ON SHORTENED TIME FOR ENLARGEMENT OF TIME TO FILE MEMORANDUM IN SUPPORT OF AMENDED PETITION AND CONTINUE EVIDENTIARY HEARING
was served upon

STEPHAN A. COLLINS
Assistant U.S. Attorney
222 W. 7th Ave., Rm. C-253
Anchorage, Alaska 99513

on October 10, 2006, via:

      ( ) U.S. Mail
      ( ) U.S. Mail Certified
      ( ) FAX
      ( ) Hand Delivery
      ( ) Hand Delivery to FPD Pickup Box
      ( ) Hand Delivery to USAO
      ( ) Private Messenger Service
      (X) Email via CM/ECF


Executed at Anchorage, Alaska, on
October 10, 2006.



s/ Mark A. Rosenbaum