```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.  MONICA J. MARTINEZ   CASE NO. 3:04-CR-00079-06-RRB
Defendant: X Not Present

BEFORE THE HONORABLE:        JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:       CHAD WILTS

UNITED STATES' ATTORNEY:     STEPHAN COLLINS

DEFENDANT'S ATTORNEY:        MARK ROSENBAUM

U.S.P.O.:                    ERIC ODEGARD


PROCEEDINGS: STATUS HEARING ON DEFENDANT'S 28:2255 MOTION
             Held 3/07/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:37 a.m. court convened.

Court and counsel heard re defendant's absence from hearing.

Court and counsel heard re potential procedures for contacting the defendant.

Defendant's affidavit in support of 28:2255 Motion to be filed on or before **March 19, 2007**.

Scheduling Hearing to set Evidentiary Hearing set for **March 19, 2007 at 9:30 a.m.**

At 10:53 a.m. court adjourned.

DATE: MARCH 7, 2007              DEPUTY CLERK'S INITIALS: CLW