```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. ___MONICA J. MARTINEZ___ CASE NO. 3:04-CR-00079-06-RRB
Defendant: _X_ Present    _X_ On Bond

BEFORE THE HONORABLE:_____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER:_____SUZANNETTE LUCERO_____

UNITED STATES' ATTORNEY:_____STEPHAN COLLINS_____

DEFENDANT'S ATTORNEY:_____MARK ROSENBAUM_____

PROCEEDINGS: STATUS CONFERENCE RE 28:2255 MOTION (SCHEDULING
             HEARING RE DEFENDANT'S 28:2255 MOTION) HELD 3/19/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:33 a.m. court convened.

Court and counsel heard re defense counsel's oral motion to seal proceeding re exparte motion; **GRANTED**.

At 9:34 a.m. Government exits courtroom until 9:42 a.m.

Court advised Government that new counsel was appointed for defendant. Court to schedule Scheduling Conference re Defendant's 28:2255 motion in 30-40 days.

Federal Public Defender to appoint new CJA counsel; FPD notified.

At 9:42 a.m. court adjourned.




DATE:_____March 19, 2007_____ DEPUTY CLERK'S INITIALS:___SCL____