```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs. __MONICA J. MARTINEZ__   CASE NO. __3:04-CR-00079-06-RRB__
Defendant: _X_ Present   _X_ On Bond

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____SUZANNETTE LUCERO_____

UNITED STATES' ATTORNEY: _____STEPHAN COLLINS_____

DEFENDANT'S ATTORNEY: _____MEREDITH AHEARN_____

PROCEEDINGS: SCHEDULING CONFERENCE RE DEFENDANT'S AMENDED 28:2255
             MOTION (DKT 461) HELD 05/22/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:33 p.m. court convened.

Evidentiary Hearing Re Defendant's Amended 28:2255 Motion (Dkt
461) set for **June 26, 2007 at 9:30 a.m.**

At 1:37 p.m. court adjourned.

DATE: _____May 22, 2007_____ DEPUTY CLERK'S INITIALS:____SCL____