Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant

U. S. DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>vs. )<br>  )<br>MONICA J. MARTINEZ, )<br>  )<br>Defendant. )<br>  ) | Case No. 3:04-cr-00079-06-RBB |

## MOTION TO SEAL COURT DOCUMENTS

Defendant, Monica Martinez, by and through her counsel of record, Meredith A. Ahearn, moves this Court for an Order sealing all documents in her file which contain confidential information relating to her physical and mental health status, her financial records, her social security number or driver's license, and any other documents which, if obtained by third parties, could result in an invasion of her privacy.

Dated at Anchorage, Alaska this 4th day of June 2007.

HAGANS, AHEARN & WEBB
Attorneys for Defendant

                By: _____/s/_____
                      Meredith A. Ahearn
                      Alaska Bar No. 6903001
                      HAGANS, AHEARN & WEBB
                      310 K Street, Suite 400
                      Anchorage, AK  99501
                      (907) 276-5294:  Phone
                      (907) 276-8732:  Fax
                      E-mail:  haw@alaska.net

**CERTIFICATE OF SERVICE**

I certify that a copy hereof was served electronically this 4th Day of June 2007, on::

Stephan A. Collins
U. S. Attorney's Office
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567


_____/s/_____
Meredith A. Ahearn

*United States v. Martinez*, Case No. 3:04-cr-00079-06-RBB
Motion to Seal Documents      Page 2 of 2