NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK Bar No. 8911061

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case 3:04-CR-0079-06-RRB |
| Plaintiff, | ) | |
| | ) | OPPOSITION TO MOTION FOR |
| v. | ) | EARLY TERMINATION OF |
| | ) | PROBATION |
| MONICA MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant, Monica Martinez, moves this Court to order the early termination of the five year term of probation this Court imposed on July 6, 2005 following the defendant's conviction for money laundering in relation to drug trafficking. The United States opposes the motion.

By the time of filing, the defendant has not yet completed two years of the original sentence of probation. The defendant avoided a term of imprisonment in this matter solely on account of the plea agreement entered into with the United States. Although the United States Probation Office does not report any problems with supervising the defendant, the United States is nonetheless opposed to the defendant's motion on the ground that the defendant has not even completed half let alone two thirds of the sentence imposed. The only apparent reason the defendant has submitted in support of her motion is that being supervised is an inconvenience to her. This is no reason for early termination. Therefore, the United States is opposed to the current motion.

RESPECTFULLY SUBMITTED this day, June 11, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Stephan A. Collins
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061