UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  USA   v.   MONICA J. MARTINEZ

DATE:   June 15, 2007   CASE NO.   3:04-CR-0079-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
                GRANTING MOTION TO SEAL**

---

Defendant's unopposed Motion to Seal Court Documents at Docket 510 is hereby **GRANTED.**


M.O. GRANTING MOTION TO SEAL