UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


 USA  v. MONICA J. MARTINEZ 

DATE:  June 15, 2007   CASE NO.  3:04-CR-0079-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS
DENYING MOTION FOR EARLY RELEASE FROM PROBATION**

---

     Defendant has not even completed half of her probationary sentence. At this point, it is far too early to terminate probation. The Motion for Early Release from Probation at Docket 511 is therefore **DENIED**.

M.O. DENYING EARLY RELEASE FROM PROBATION