## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITES STATE OF AMERICA   v.   MONICA J. MARTINEZ

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                            CASE NO.  3:04-cr-00079-08-RRB

CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: June 20, 2007

     This Court's order at docket 520 is hereby clarified as follows:  The Defendant's unopposed motion to seal court documents at docket 501 is hereby granted.  Counsel for defendant shall file a Notice with the court indicating the title of the document(s) and the document number(s) which are to be sealed by the Clerk.  Absent a filing of such Notice, the record will remain avialable to the public.  Counsel is reminded that it is their responsibility to comply with Local Rule 5.2.01 and that the responsibility for redacting personal identifiers rests solely with counsel and  the parties. The Clerk will not review each pleading for compliance with this rule.

[304-cr-79-06-RRB MO correcting 520]{IA.WPD*Rev.12/96}