```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

  UNITED STATES OF AMERICA   vs.   MONICA J. MARTINEZ

BEFORE THE HONORABLE JOHN D. ROBERTS CASE NO. 3:04-cr-00079-06-RRB

DEPUTY CLERK/RECORDER: LINDA CHRISTENSEN

APPEARANCES:    PLAINTIFF: STEPHAN COLLINS

                DEFENDANT: MEREDITH APPEL AHEARN

PROCEEDINGS: EVIDENTIARY HEARING ON DEFENDANT'S AMENDED 28:2255
             MOTION (DKT 461) HELD 6/26/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:31 a.m. court convened.

Defendant not present; Defense counsel's unopposed oral motion to continue evidentiary hearing **GRANTED**.  Evidentiary Hearing continued to **9:30 a.m. on August 6, 2007**.

Court stated defendant is to be present at that time.

At 9:32 a.m. court adjourned.

DATE:     JUNE 26, 2007          DEPUTY CLERK'S INITIALS:    lc

Revised 6/18/07