Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK  99501
(907) 276-5294

Attorney for Defendant

U. S. DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                                )<br>            Plaintiff,                                         )<br>                                                                )<br>    vs.                                                         )<br>                                                                )<br>MONICA J. MARTINEZ,                         )<br>                                                                )<br>            Defendant.                                    )<br>                                                                ) | Case No. 3:04-cr-00079-06-RBB |

## MOTION TO SEAL COURT DOCUMENTS

Defendant, Monica Martinez, by and through her counsel of record, Meredith A. Ahearn, moves this Court for an Order sealing all documents in her file in order to protect confidential information relating to her physical and mental health status, her financial records, her social security number and driver's license, and any other documents which, if obtained by third parties, could result in an invasion of her privacy. Defendant is particularly concerned about this information in a public venue because she had threats in the past.

Dated at Anchorage, Alaska this 19th day of July 2007.

      HAGANS, AHEARN & WEBB
      Attorneys for Defendant

By:    /s/ Meredith A. Ahearn
      Meredith A. Ahearn
      Alaska Bar No. 6903001
      HAGANS, AHEARN & WEBB
      310 K Street, Suite 400
      Anchorage, AK  99501
      (907) 276-5294:  Phone
      (907) 276-8732:  Fax
      E-mail:  haw@alaska.net

**CERTIFICATE OF SERVICE**

I certify that a copy hereof was served electronically this 19th Day of July 2007, on::

Stephan A. Collins
U. S. Attorney's Office
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567


   /s/Meredith A. Ahearn
Meredith A. Ahearn