```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs.   MONICA J. MARTINEZ    CASE NO. 3:04-CR-00079-06-RRB
Defendant: X Present

BEFORE THE HONORABLE:          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          SAMANTHA LARK

UNITED STATES' ATTORNEY:        STEPHAN COLLINS

DEFENDANT'S ATTORNEY:           MEREDITH AHEARN

PROCEEDINGS: CONTINUED EVIDENTIARY HEARING ON DEFENDANT'S AMENDED
             28:2255 MOTION (DKT 461) HELD 08/06/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:42 a.m. court convened.

Court and Counsel heard re motion to vacate, and Defendant's Oral Motion to dismiss Petition.

Court ordered Ms. Ahearn to file a Motion requesting dismissal of the Motion to Vacate (DKT 461) with the defendant's signature, as soon as possible.

At 9:46 a.m. court adjourned.

DATE: 08/06/2007            DEPUTY CLERK'S INITIALS:   sal

Revised 6-18-07