Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK 99501
(907) 276-5294

Attorney for Defendant

U. S. DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MONICA J. MARTINEZ, )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:04-cr-00079-06-RBB |

**NOTICE OF DISMISSAL**

Defendant, Monica J. Martinez, by and through counsel, Meredith A. Ahearn, hereby gives this Court notice that she wishes to dismiss her pending § 2255 Petition. Oral notice was given to the Court a hearing on August 6, 2007. In accordance with the Court's Order, Ms. Martinez now files this written consent to dismiss.

Dated at Anchorage, Alaska this 15 day of August 2007.

HAGANS, AHEARN & WEBB
Attorneys for Defendant

By: _____/s/_____
Meredith A. Ahearn
Alaska Bar No. 6903001
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK 99501
(907) 276-5294: Phone
(907) 276-8732: Fax
E-mail: haw@alaska.net

I hereby consent to the dismissal of y § 2255 Petition as stated on the record August 6, 2007.

_____
MONICA J. MARTINEZ

**CERTIFICATE OF SERVICE**

I certify that a copy hereof was served electronically this 15 Day of August 2007, on::

Stephan A. Collins
U. S. Attorney's Office
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

_____/s/_____
Meredith A. Ahearn