UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  USA  </u>  v.  <u>  MONICA MARTINEZ  </u>

DATE:   <u>  August 15, 2007  </u>     CASE NO.   <u>  3:04-CR-0079-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RE MOTION TO SEAL COURT DOCUMENTS**

---

Defendant has requested that her court file be sealed. This request appears over broad on its face. If, however, Defendant can point the Court to particular portions of the file that contain the confidential information Defendant is concerned about and provide the Court with a draft order, the Court will consider the matter further. Pending further action, Defendant's Motion to Seal Court Documents at Docket 531 is **DENIED** without prejudice.

M.O. RE MOTION TO SEAL COURT DOCUMENTS