Meredith A. Ahearn
HAGANS, AHEARN & WEBB
310 K Street, Suite 400
Anchorage, AK 99501
(907) 276-5294

Attorney for Defendant

U. S. DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MONICA J. MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | Case No. 3:04-cr-00079-06-RBB |
| | ) | |

### MOTION FOR EARLY RELEASE FROM PROBATION

Defendant, Monica J. Martinez, by and through her attorney, Meredith Ahearn, moves this Court for an order releasing her early from probation. As of December 7, 2007, Defendant has successfully served two years of her three year probation. She has complied with all requirements of probation, and seeks to be released early. Ms. Martinez receives disability income, hopes to return to school and has complied in all respects with the conditions of her probation. During her probation Ms. Martinez was interviewed by the DEA and voluntarily answered all questions to the best

of her ability. Eric Odegard, her probation officer, has advised the undersigned that he has no objection to the Defendant's application for early release. The Assistant United States Attorney, Stephan Collins, also has no objection.

Dated at Anchorage, Alaska this 4th day of December 2007.

HAGANS, AHEARN & WEBB
Attorneys for Defendant


By:/s/ Meredith A. Ahearn
    Meredith A. Ahearn
    Alaska Bar No. 6903001
    HAGANS, AHEARN & WEBB
    310 K Street, Suite 400
    Anchorage, AK  99501
    (907) 276-5294:  Phone
    (907) 276-8732:  Fax
    E-mail:  haw@alaska.net

**CERTIFICATE OF SERVICE**

I certify that a copy hereof was served electronically this 4th Day of December 2007, on::

Stephan A. Collins
U. S. Attorney's Office
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567


Meredith A. Ahearn/s/
Meredith A. Ahearn